UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 1:99-cr-233

v.                                        HON. JANET T. NEFF

CHAD AUSTIN BELCHER,

       Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

Defendant Chad Austin Belcher has filed motions for modification or reduction of sentence (Dkts 91, 92) pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to cocaine base (crack cocaine).

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 750 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to cocaine base (crack cocaine), and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2011. U.S.S.G. § 1B1.10(c).

The defendant is entitled to a reduction of sentence consistent with the policy statements.

Therefore, IT IS HEREBY ORDERED that Defendant's motions for modification of sentence (Dkts 91, 92) pursuant to 18 U.S.C. § 3582(c)(2) are GRANTED. Defendant's sentence is reduced from 190 months to 168 months. This sentence will enable Defendant to adequately prepare himself for successful re-entry into the community.

IT IS FURTHER ORDERED that Defendant spend 90 days at a reentry placement center at the beginning of his term of supervised release.


DATED: May 14, 2012           /s/ Janet T. Neff
                             JANET T. NEFF
                             United States District Judge